# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association,<br><br>      Plaintiff,<br><br>vs.<br><br>LANIKAI HEALTHCARE, INC., a Delaware corporation; A&E HOME HEALTH CARE, LLC, a Nevada limited liability company; KOLEA HEALTHCARE, INC., a Delaware corporation; ALOHA HOME HEALTH, a Nevada corporation; ALLIED PROFESSIONALS HEALTH CARE LLC, an Illinois limited liability company; KOLEA HEALTHCARE IL, LLC, an Illinois limited liability company; JOSHUA EDWARD YONG SOK KIM, an individual; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. 8:20-cv-00082-MCS-DFM<br><br>**STIPULATED JUDGMENT** |

The Court has reviewed and considered the Stipulation for Immediate Entry of Judgment ("Stipulation") between Plaintiff Banc of California, National Association ("BOC") and Defendants Lanikai Healthcare, Inc., A&E Home Healthcare, Inc., Kolea Healthcare, Inc., Aloha Home Health, Allied Professionals Healthcare, LLC, Kolea Healthcare IL, LLC, and Joshua Edward Yong Sok Kim ("Defendants," and together with BOC, "Parties"). The Parties' Stipulation permits BOC to recover a final judgment of $619,571.12 against Defendants, including Defendants' outstanding indebtedness to BOC and attorney's fees and costs incurred in this action. Additionally, Defendants will forbear from enforcing the final judgment for 60 days from its entry. Based on the Stipulation, the Court finds good cause exists to grant the Parties' Stipulation, and no reason exists to delay entry of a final judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

A.   BOC may recover a joint and several judgment in BOC's favor and against Defendants in the amount of $619,571.12 ("Judgment Amount"). The Judgment Amount includes the principal sum of $585,446.10 plus attorney's fees and costs of $34,125.02. Post-judgment interest will accrue on the judgment as of the judgment's entry date at the rate determined by 28 U.S.C. § 1961. The Judgment will be final for all purposes.

B.   The Court enters a joint and several judgment for the full Judgment in BOC's favor and against Defendants.

C.   Defendants will forbear from enforcing the final judgment for 60 days from its entry.

DATED: February 19, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE